# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS RIVERA,<br><br>　　　　　Plaintiff,<br><br>　　-against-<br><br>CITGO PETROLEUM CORPORATION,<br><br>　　　　　Defendant. | Civil Case No.:<br><br><br>**NOTICE OF REMOVAL** |

TO:　The Clerk of the Court　　　　　　　　　　Jason R. Markle, Esq.
　　　U.S. District Court District of Massachusetts　Keches Law Group, P.C.
　　　John Joseph Moakley U.S. Courthouse　　　122 Dean Street
　　　1 Courthouse Way　　　　　　　　　　　　Taunton, Massachusetts 02780
　　　Boston, Massachusetts 02210

　　　Clerk, Superior Court of Massachusetts
　　　Norfolk County
　　　650 High Street
　　　Dedham, Massachusetts 02026

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446 and in accordance with 28 U.S.C. § 1332, defendant CITGO Petroleum Corporation ("CITGO"), by and through its attorneys, hereby removes this civil action pending in the Superior Court of Massachusetts, Norfolk County, Docket No. 2082CV00896, to the United States District Court for the District of Massachusetts, which is the district in which the action is pending, on the following grounds:

1. On September 21, 2020, plaintiff Luis Rivera initiated suit against CITGO by filing a Complaint with the Office of the Superior Court Clerk, Norfolk County, Massachusetts.

2. On December 7, 2020, a Summons, Complaint, and other documents were served on CITGO. All of the documents served on CITGO are filed with this Notice of Removal as Exhibit A. No other process, pleadings, or orders were served upon CITGO in the state court action.

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), as it was filed within 30 days after service of process upon CITGO, and within one year of the commencement of this action.

4. This action is subject to removal on the basis of 28 U.S.C. § 1441 as diversity jurisdiction exists pursuant to 28 U.S.C. § 1332, which provides for original jurisdiction in the District Court of all civil actions between citizens of different States where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. Diversity of citizenship generally is determined based on the facts as they existed as of the date that a plaintiff's action was filed, *Grupo Dataflux v. Atlas Global Group, L.P.*, 541 U.S. 567, 570-571 (2004), though if a case has been removed from state court to federal court diversity of citizenship is determined based on the facts as they existed when the notice of removal was filed. *Grupo Dataflux*, 541 U.S. at 574.

6. On information and belief, plaintiff was at the time that his action was filed, and still is, a citizen of the Commonwealth of Massachusetts. The first sentence of the Complaint (Exhibit A) refers to "Plaintiff, Luis Rivera" as "an individual who resides at 142 Sarah Sherman Road, Rochester, Plymouth County, Massachusetts." Plaintiff thus is a citizen of the Commonwealth of Massachusetts for diversity purposes pursuant to 28 U.S.C. § 1332.

7. CITGO asks the Court to take judicial notice of the following:

   a. The Massachusetts Secretary of State Business Name Search report filed with this Notice of Removal as Exhibit B. It indicates that CITGO was at the time that plaintiff's action was filed, and still is, a foreign corporation.

   b. The Delaware Department of State, Division of Corporations Entity Details report filed with this Notice of Removal as Exhibit C. It indicates that CITGO was at the time that plaintiff's action was filed, and still is, a corporation organized under the laws of the State of Delaware.

8. The Declaration of Holly Chastain Nini ("Nini Declaration"), Managing Counsel for CITGO, filed with this Notice of Removal as Exhibit D, confirms that CITGO was at the time that plaintiff's action was filed, and still is, a corporation organized under the laws of the State of Delaware.

9. The Nini Declaration confirms that CITGO Petroleum Corporation was at the time that plaintiff's action was filed, and still is, incorporated under the laws of the State of Delaware with principal place of business in Houston, Texas.

10. Plaintiff alleges that while on the premises of CITGO, he "was caused to fall to the ground" whereby he "suffered severe personal injuries, including pain and suffering, has incurred and continues to incur expenses for his medical care and treatment, has been caused to

suffer and continues to suffer a loss of earnings and/or earning capacity, and has suffered and continues to suffer an impairment to his ability to enjoy life and attend to his usual activities." (Exhibit A, Complaint, Count I, ¶¶ 9 and 10.)

11.     Plaintiff's civil cover sheet filed in the state court action reports alleged itemized damages in the amount of "$326,000+" – i.e., damages in excess of $326,000.  (Exhibit A, Civil Cover Sheet.)

12.     The amount in controversy in this action thus exceeds the sum of $75,000, exclusive of interest and costs.

13.     Pursuant to 28 U.S.C. §§ 1446(a) and 1441(a), this Notice of Removal is filed in the United States District Court for the District of Massachusetts, which is the district within which Plaintiff's original state action is pending, and the district in which Plaintiff alleges his injuries were incurred.

14.     Pursuant to § 1016 of the Judicial Improvements and Access to Justice Act of 1988 (the "Act"), no bond is required in connection with this Notice of Removal.  Pursuant to § 1016 of the Act, this Notice need not be verified.

Dated: January 5, 2021                                        Respectfully Submitted,

                                                    /s/ Christopher A. Lisy
                                                   Christopher A. Lisy (BBO #662283)
                                                   MANATT, PHELPS & PHILLIPS, LLP
                                                   177 Huntington Avenue, Suite 2500
                                                   Boston, Massachusetts 02115
                                                   Telephone: (617) 646-1400
                                                   Email: clisy@manatt.com

                                                   Counsel for Defendant
                                                   CITGO Petroleum Corporation

## CERTIFICATE OF SERVICE

      I, Christopher A. Lisy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 5, 2021.

Dated:  January 5, 2021                                       /s/ Christopher A. Lisy
                                                                   Christopher A. Lisy